IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINANCIALAPPS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1337-CFC/CJB |
| | ) | |
| ENVESTNET, INC. and YODLEE, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF REFERENCE**

At Wilmington this 7th day of October, 2019, pursuant to 28 U.S.C. § 636 (b);

IT IS ORDERED that the above-captioned case is hereby referred to Magistrate Judge Christopher J. Burke.  Judge Burke shall conduct all proceedings and hear and determine all motions.[1] The above caption shall be used in all subsequent filings in this case.

_____
United States District Judge

---

[1]Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).