# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALAPPS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1337-GBW-CJB ) ) |
| ENVESTNET, INC. and YODLEE, INC., | ) ) ) |
| Defendants. | ) ) ) |

## ENVESTNET, INC.'S
## MOTION FOR SUMMARY JUDGMENT NO. 1

Defendant Envestnet, Inc. pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment in its favor on Plaintiff's Counts 1, 2, 4, 5, 8 and 14 (the "Motion"). The grounds for this Motion are set forth in the accompanying Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Gary M. Miller
Gary M. Elden
John Garretson
Amy Y. Cho
Justin R. Donoho
Ian M. Hansen
SHOOK, HARDY & BACON LLP
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
(312) 704-7700

Dated: January 6, 2023

CONNOLLY GALLAGHER LLP

*/s/ Henry E. Gallagher, Jr.*
Henry E. Gallagher, Jr. (No. 495)
Lauren P. DeLuca (No. 6024)
1201 North Market St., 20th Floor
Wilmington, DE 19801
(302) 757-7300
hgallagher@connollygallagher.com
ldeluca@connollygallagher.com

*Attorneys for Defendants Envestnet, Inc. and Yodlee, Inc.*