IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALAPPS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ENVESTNET, INC.<br>and YODLEE, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 19-1337-JLH-CJB |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court's Order Appointing Special Master (D.I. 655, the "Order") set the deadline for the parties to file objections to the Special Master's rulings 21 days after such ruling (*id.* ¶ 6);

WHEREAS, the Special Master's Report and Recommendation (the "Report") was emailed to the parties on August 7, 2025;

WHEREAS, the Report was docketed the same day (D.I. 681), setting a deadline for the parties to file objections by August 21, 2025 (14 days after docketing);

WHEREAS, the deadline to file objections calculated pursuant to the Order (¶ 6) is August 28, 2025;

WHEREAS, Defendants prefer to operate with the August 28, 2025 deadline and Plaintiff does not oppose; and

WHEREAS, pursuant to the Order, if the parties file objections on August 28, 2025, responses will be due within ten (10) days (September 8, 2025);

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that:

1. The deadline for the parties to file objections to the Special Master's Report and Recommendation (D.I. 681) is August 28, 2025; and

2. The deadline to file responses to such objections is extended to September 11, 2025.

Dated: August 19, 2025

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY GALLAGHER LLP |
| */s/ Jennifer P. Siew* <br> C. Barr Flinn (No. 4092) <br> Pilar G. Kraman (No. 5199) <br> Robert M. Vrana (No. 5666) <br> Jennifer P. Siew (No. 7114) <br> Rodney Square <br> 1000 N. King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> bflinn@ycst.com <br> pkraman@ycst.com <br> rvrana@ycst.com <br> jsiew@ycst.com <br><br> *Attorneys for Plaintiff FinancialApps, LLC* | */s/ Henry E. Gallagher, Jr.* <br> Henry E. Gallagher, Jr. (No. 495) <br> Lauren P. DeLuca (No. 6024) <br> 1201 North Market Street, 20th Floor <br> Wilmington, DE 19801 <br> (302) 757-7300 <br> hgallagher@connollygallagher.com <br> ldeluca@connollygallagher.com <br><br> *Attorneys for Defendants Yodlee, Inc. and Envestnet, Inc.* |

SO ORDERED this _____ day of _____ 2025.

_____
J.