IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINANCIALAPPS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ENVESTNET, INC.<br>and YODLEE, INC.,<br><br>　　　　　　Defendants. | C.A. No. 19-1337-JLH-CJB |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court's Order Appointing Special Master (D.I. 655, the "Order") set the deadline for the parties to file objections to the Special Master's rulings 21 days after such ruling (*id.* ¶ 6);

WHEREAS, the Special Master's Report and Recommendation (the "Report") was emailed to the parties on August 7, 2025;

WHEREAS, the Report was docketed the same day (D.I. 681), setting a deadline for the parties to file objections by August 21, 2025 (14 days after docketing);

WHEREAS, the deadline to file objections calculated pursuant to the Order (¶ 6) is August 28, 2025;

WHEREAS, Defendants prefer to operate with the August 28, 2025 deadline and Plaintiff does not oppose; and

WHEREAS, pursuant to the Order, if the parties file objections on August 28, 2025, responses will be due within ten (10) days (September 8, 2025);

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that:

1. The deadline for the parties to file objections to the Special Master's Report and Recommendation (D.I. 681) is August 28, 2025; and

2. The deadline to file responses to such objections is extended to September 11, 2025.

Dated: August 19, 2025

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY GALLAGHER LLP |
| */s/ Jennifer P. Siew* | */s/ Henry E. Gallagher, Jr.* |
| C. Barr Flinn (No. 4092) | Henry E. Gallagher, Jr. (No. 495) |
| Pilar G. Kraman (No. 5199) | Lauren P. DeLuca (No. 6024) |
| Robert M. Vrana (No. 5666) | 1201 North Market Street, 20th Floor |
| Jennifer P. Siew (No. 7114) | Wilmington, DE 19801 |
| Rodney Square | (302) 757-7300 |
| 1000 N. King Street | hgallagher@connollygallagher.com |
| Wilmington, Delaware 19801 | ldeluca@connollygallagher.com |
| (302) 571-6600 | |
| bflinn@ycst.com | *Attorneys for Defendants Yodlee, Inc. and Envestnet, Inc.* |
| pkraman@ycst.com | |
| rvrana@ycst.com | |
| jsiew@ycst.com | |

*Attorneys for Plaintiff FinancialApps, LLC*

SO ORDERED this  20th  day of   August       2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

2