**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FINANCIALAPPS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ENVESTNET, INC.<br>and YODLEE, INC.,<br><br>Defendants. | C.A. No. 19-1337-JLH |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING POST-TRIAL BRIEFING**

WHEREAS, the Court issued an oral order on October 9, 2026, ordering the parties to meet and confer in good faith to set a post-trial briefing schedule and to submit the proposed schedule to the Court on or before October 16, 2026, setting forth the parties' positions regarding post-trial briefing;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. By **November 19, 2026**, Plaintiff and Defendants[1] shall each file an Opening Post-Trial Brief, which shall not exceed 60 pages in length, on claims for which they bear the burden of proof, inclusive of an accompanying Proposed Findings of Fact.

2. By **December 22, 2026**, Plaintiff and Defendants shall each file a Responsive Post-Trial Brief, which shall not exceed 60 pages in length, inclusive of an accompanying Proposed Findings of Fact.

[1] These limits apply to each side, such that, if Defendants choose to file separate briefs, the combined total of their opening briefs, answering briefs, and reply briefs shall not exceed the respective page length.

3. By **January 28, 2027**, Plaintiff and Defendants may each file an optional Reply Brief, which shall not exceed 20 pages in length, on claims for which they bear the burden of proof.

Dated: October 16, 2026

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Robert M. Vrana (No. 5666)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
rvrana@ycst.com
jsiew@ycst.com

OF COUNSEL:
Marc E. Kasowitz
Matthew A. Kraus
A. Macdonald Caputo, Jr.
Joshua B. Marks
Frank R. Piacenti
KASOWITZ LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
mkasowitz@kasowitz.com
mkraus@kasowitz.com
acaputo@kasowitz.com
jmarks@kasowitz.com
fpiacenti@kasowitz.com

***Attorneys for Plaintiff FinancialApps, LLC***

CONNOLLY GALLAGHER LLP

*/s Lauren P. DeLuca*
Henry E. Gallagher (No. 495)
Lauren P. DeLuca (No. 6024)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
hgallagher@connollygallagher.com
ldeluca@connollygallagher.com

*Attorneys for Defendants Yodlee, Inc. and Envestnet, Inc.*

OF COUNSEL:
B. Trent Webb (bwebb@shb.com)
John D. Garretson (jgarretson@shb.com)
Amy Y. Cho (acho@shb.com)
Ian M. Hansen (ihansen@shb.com)
Christopher P. Galligan (cgalligan@shb.com)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
(312) 704-7700

***Attorneys for Defendants Envestnet, Inc. and Yodlee, Inc.***

SO ORDERED this _________ day of ______________, 2020.

_________________________
Judge Jennifer L. Hall